# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ANN HAILE, | Case No. EDCV 08-1567-SJO (JTL) |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In ¶ 1 of its November 17, 2008 Case Management Order, the Court ordered Kimberly Ann Haile ("plaintiff") to promptly serve the Summons and Complaint on defendant and to file a proof of service showing compliance with the Order within 28 days after the filing of the Complaint.

In the Court's December 19, 2008 Minute Order, the Court noted that plaintiff filed the Complaint on November 13, 2008, and that the time for filing the proof of service had passed. The Court granted plaintiff one week from the date of the Minute Order to either file a proof of service or a response stating why the proof of service had not been filed. Plaintiff was advised that failure to comply with the Court's Order could result in a recommendation that the case be dismissed for failure to prosecute. Since then, plaintiff has not filed her proof of service, or filed a response informing the Court why the proof of service has not been filed.

///

1  Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why the
2  Court should not recommend that this case be dismissed for lack of diligent prosecution and
3  failure to comply with the Court's prior Order; or (b) effectuate proper service on defendant in
4  accordance with Rule 4(i) of the Federal Rules of Civil Procedure and properly file a proof of
5  service reflecting such service within 30 days of the date of this Order.
6  DATED: January 8, 2009

/s/
JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE