THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant United States Attorney
California State Bar No. 187176
    300 North Los Angeles Street
    Room 7516, Federal Building
    Los Angeles, California  90012
    Telephone: (213) 894-6117
    Facsimile: (213) 894-7819
    Email: sharla.cerra@usdoj.gov
Attorneys for Defendant Commissioner

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KIMBERLY ANN HAILE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | EDCV 08-1567 SJO JTL<br><br>ORDER GRANTING STIPULATION TO DISMISS CASE |

The parties' stipulation to dismiss this case is hereby granted. Accordingly, this case is hereby dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

DATE: March 18, 2009    /s/Jennifer T. Lum
                                        JENNIFER T. LUM
                                        United States Magistrate Judge